LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
**A Law Corporation**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-3139

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE TRI-COUNTIES SHEET METAL AIR CONDITIONING CONTRACTORS ASSOCIATION INDUSTRY FUND; BOARD OF TRUSTEES OF THE TRI-COUNTIES SHEET METAL AND AIR CONDITIONING INDUSTRY JOINT APPRENTICESHIP COMMITIEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 273 DUES CHECK OFF FUND; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 273 SECTION 401(a) PLAN; and BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 273 WAGE EQUALITY FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>JCR SHEET METAL CO., INC., and GILLES ANDRE RENAUD, an individual,<br><br>    Defendant(s). | Case No. 2:09-cv-00502-CAS-JWJ<br><br>RENEWAL OF JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, thereon,

The judgment to and against JCR Sheet Metal Co., Inc. and Gilles Andre Renaud, an individual, jointly and severally, the Stipulation for Judgment Order entered on February 11, 2009, a copy of which is attached, is hereby renewed in the amounts set forth below:

Renewal of money judgment:

| | | |
|---|---|---|
| a. | Total judgment | $42,784.66 |
| b. | Costs after judgment | $0.00 |
| c. | Attorneys fees | $0.00 |
| d. | Subtotal (add a, b, and c) | $42,784.66 |
| e. | Credits after judgment | $31,487.22 |
| f. | Subtotal (subtract e from d) | $11,297.44 |
| g. | Interest after judgment | $10,947.68 |
| h. | Fee for filing renewal application | $0.00 |
| i. | Total renewed judgment (add f, g, and h) | $22,245.12 |

Dated: NOVEMBER 2, 2018      CLERK, _____
                                by Deputy

1
RENEWAL OF JUDGMENT